**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KANE T. MARTIN,<br>*Plaintiff,*<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>*Defendant.* | Case No. 5:26-cv-00472-BKS-DJS<br><br>Stipulation – Document Filed Electronically |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

FRANK BISIGNANO,

By His Attorneys,

Todd Blanche
Attorney General

John A. Sarcone, III
First Assistant United States Attorney

*/s/ Kathryn Pollack*
Kathryn Pollack
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2331
Email: kathryn.pollack@ssa.gov

KANE T. MARTIN,

By His Attorney,

*/s/ Jeanne E. Murray*
Jeanne E. Murray
Hiller Comerford Injury & Disability Law
6000 North Bailey Avenue - Suite 1a
Amherst, NY 14226
716-564-3288
Fax: 716-332-1884

IT IS SO ORDERED:

Brenda K. Sannes
Brenda K. Sannes
Chief U.S. District Judge

Dated: November 18, 2026
Syracuse, NY